# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AGATON GODWIN, | ) Civ. No. 13-00014 JMS-BMK |
| Plaintiff, | ) |
| v. | ) **ORDER OF STIPULATION TO DISMISS** |
| STATE WIDE COLLECTIONS, | ) |
| Defendant. | ) |

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, April 30, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge